USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/7/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LIEDERMAN,

Plaintiff,

v.

SAM TELL AND SON, INC., MARC TELL, BRIAN K. CONDON, BRIAN K. CONDON, P.C., CONDON RESNICK LLP, MARKET SERVICE, INC., JAN KAY, LAWRENCE SARF, RANDY SARF, RICHARD KLEIN, AND CATHERINE MCMANUS,

Defendants.

STIPULATION DISCONTINUING ACTION

06 CV 710 (KMW)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and Defendants, parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice by Plaintiff against all Defendants, without taxable costs to either party as against the other, under Fed. R. Civ. P. 54(d)(1) and Rule 54.1 of the Local Rules of the United States District Court, Southern District of New York.

Defendants Brian K. Condon, Brian K. Condon, P.C. and Condon Resnick LLP also discontinue its cross claims in this matter against Market Service, Inc., Lawrence Sarf, Randy Sarf and Richard Klein, with prejudice, as to the subject matter of this Complaint only.

The action presently pending in Rockland County New York State Supreme Court entitled Brian K. Condon and Condon Resnick LLP, v. Market Service, Inc., Market Service, Inc., d/b/a PMS The Food Industry's Clearinghouse Market Service, Inc. d/b/a Account Receivable Management Solutions a/k/a A.R.M.S., Randy Sarf, individually, Larry Sarf, individually and Richard Klein, individually, Index No. 2314/04, shall not be affected by this Stipulation.

This Stipulation and an Order to that effect may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
June 5, 2006
June

ARNOLD N. KRISS, ESQ. (AK-5294)
LAW OFFICES OF ARNOLD N. KRISS
Attorney for all named Defendants
Office & P.O. Address
123 William Street, 22nd Floor
New York, New York 10038

Dated: New York, New York
June 28, 2006

BRIAN K. CONDON, ESQ. (BKC-4683)
Attorney for Defendants Brian K. Condon, Brian K. Condon, P.C. and Condon Resnick
Office and P.O. Address
19 Squadron Boulevard
New City, New York 10956

Dated: New York, New York
June 26, 2006

RONALD H. SHECHTMAN, ESQ. (RHS-1993)
PRYOR CASHMAN SHERMAN AND & FLYNN, LLP
Attorneys for Plaintiff
Office & P.O. Address
410 Park Avenue, 10th Floor
New York, N.Y. 10022

The Clerk of Court is directed to close this [illegible] any pending motions [illegible]

8-26-06

SO ORDERED: Kimba M. Wood
Hon. Kimba M. Wood, Judge